**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA

vs.                                                                           CASE NO. 6:11-CR-14-ORL-19KRS

SCOTT EDWARD NELSON

<u>ORDER</u>

This case having been considered by the Court on Report and Recommendation Concerning Plea of Guilty (Doc. No. 22, filed February 18, 2011) and no objection thereto having been filed, it is **ORDERED:**

1.  The Report and Recommendation of the United States Magistrate Judge (Doc. No. 22) is **ACCEPTED, AFFIRMED AND ADOPTED.**

2.  Defendant Scott Edward Nelson has entered a plea of guilty to Count One of the Indictment knowingly, intelligently and voluntarily.  Such plea is accepted, and Defendant is adjudicated guilty of Count One of the Indictment.

**DONE AND ORDERED** at Orlando, Florida, this   23rd   day of February, 2011.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services
Defendant
Courtroom Deputy